Certificate Number: 14424-PAE-DE-041426770

Bankruptcy Case Number: 26-13462

14424-PAE-DE-041426770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2026, at 10:43 o'clock PM EDT, Abby Laity completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 9, 2026

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor